UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PAUL ALFARO,<br><br>             Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendants. | 1:21-cv-00173-ADA-HBK<br><br>NEW CASE NUMBER:<br><br>**1:21-cv-00173- HBK**<br><br>**ORDER REASSIGNING CASE** |

    All parties having executed consent forms, (ECF Nos. 10, 30), it is ordered that this matter be reassigned from the District Judge Ana de Alba docket to the docket of United States Magistrate Judge Helena Barch-Kuchta, for all purposes including trial and entry of Judgment.

    To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:21-cv-00173-HBK**

IT IS SO ORDERED.

Dated:   July 20, 2023

_____
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28